**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**KEVIN MOORE,**          Plaintiff,

-against-                                                      No. 1:26-cv-2385

**GREENBRIDGE FUNDING, LLC,**                    **MOTION FOR ADMISSION**
doing business as:
**GREENBRIDGE CAPITAL,**                          **PRO HAC VICE**

_____Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, **Anthony Paronich,** hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

_____**Plaintiff Kevin Moore**_____in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of_____**Massachusetts**_____and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:                              Respectfully Submitted,

 March 24, 2026                  _/s/ Anthony I. Paronich___

                                Applicant Signature:__ /s/ Anthony I. Paronich_____

                                Applicant's Name:__Anthony I. Paronich_____

                                Firm Name:__Paronich Law PC_____

                                Address:_350 Lincoln Street, Suite 2400_____

                                City/State/Zip: Hingham, MA 02043
                                Telephone: (617) 485-0018
                                Email: anthony@paronichlaw.com