**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

|  |  |
|---|---|
| **KEVIN MOORE**, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>    v.<br><br>**GREENBRIDGE FUNDING, LLC**, doing business as:<br>**GREENBRIDGE CAPITAL,**<br><br>     Defendant. | No. 1:26-cv-2385 |

**AFFIIDAVIT OF ANTHONY I. PARONICH IN SUPPORT OF**
**APPLICATION TO APPEAR *PRO HAC VICE* ON BEHALF OF PLAINTIFF**

I, Anthony Paronich, hereby declare under penalty of perjury on the date set forth below that:

(a) I have never been convicted of a felony;

(b) I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

(c) There are no disciplinary proceedings presently against me.

My certificate of good standing from the State of Massachusetts is attached hereto.

1

STATE OF ___Nevada___ )

) ss.

COUNTY OF ___Clark___ )

On this ___24th___ day of ___March___, 2026, before me, the undersigned Notary Public, appeared **Anthony Paronich**, who proved to me to be the person whose name is subscribed to this document and acknowledged executing it.

WITNESS my hand and official seal.

_____

Notary Public    Natasha S. Samuels

Natasha S Samuels
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 24-5583-01
Expires January 11, 2028

My commission expires: ___01/11/2028___

Notarized remotely using audio-video communication technology via Proof.

\* \* \* \* \*

DATED AND SUBMITTED this ___24th___ day of March, 2026.

_____

Anthony I. Paronich

2