**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**KEVIN MOORE,**        Plaintiff,

    -against-                                              No. 1:26-cv-02385-RA

**GREENBRIDGE FUNDING, LLC,**                  **MOTION FOR ADMISSION**
doing business as:
**GREENBRIDGE CAPITAL,**                       **PRO HAC VICE**
                          Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, _____**Cassandra P. Miller**_____hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

_____**Plaintiff Kevin Moore**_____in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of _____**Illinois**_____and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:                         Respectfully Submitted,

 April 9, 2026               _____/s/ Cassandra P. Miller_____

                             Applicant Signature:___/s/ Cassandra P. Miller_____

                             Applicant's Name:___Cassandra P. Miller_____

                             Firm Name:__Strauss Borrelli PLLC_____

                             Address:__980 N Michigan Ave Ste 1610_____

                             City/State/Zip:___Chicago, IL 60611-7502_____

                             Telephone/Fax:__(872) 263-1100; (872) 263-1109 - fax___

                             Email:_____cmiller@straussborrelli.com_____