**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**FOLEY SQUARE DIVISION**

| | |
|---|---|
| **KEVIN MOORE**, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>**GREENBRIDGE FUNDING, LLC**,<br>doing business as:<br>**GREENBRIDGE CAPITAL,**<br><br>                Defendant. | No. 1:26-cv-02385-RA<br><br>Honorable Judge Ronnie Abrams |

**AFFIIDAVIT OF CASSANDRA P. MILLER IN SUPPORT OF**
**APPLICATION TO APPEAR *PRO HAC VICE* ON BEHALF OF PLAINTIFF**

I, Cassandra P. Miller, hereby declare under penalty of perjury on the date set forth below that:

(a) I have never been convicted of a felony;

(b) I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

(c) There are no disciplinary proceedings presently against me.

My certificate of good standing from the Supreme Court of the State of Illinois, issued on April 2, 2026, is attached hereto as **Exhibit A.**

*[Declarant signature to follow on next page.]*

1

STATE OF Illinois )

                    ) ss.

COUNTY OF Cook )

On this 9 day of April , 2026, before me, the undersigned Notary Public, appeared **Cassandra P. Miller**, who proved to me to be the person whose name is subscribed to this document and acknowledged executing it.

WITNESS my hand and official seal.

Elizabeth Hope adell              Cassandra Miller

Notary Public                               Cassandra P. Miller

My commission expires: 11/06/2028

**\* \* \* \* \***

DATED AND SUBMITTED this 9th day of April, 2026.

Respectfully submitted,

By: */s/ Cassandra P. Miller*
Cassandra P. Miller *(pro hac vice)*
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave Ste 1610
Chicago, IL 60611-7502
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

*Counsel for Plaintiff and the Putative Class*

OFFICIAL SEAL
ELIZABETH HOPE ADELL
Notary Public, State of Illinois
Commission No 999601
My Commission Expires November 6, 2028

2

# — EXHIBIT  A —

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Cassandra P. Miller

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/09/2006 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 2nd day of April, 2026.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

