**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **KEVIN MOORE**, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**GREENBRIDGE FUNDING, LLC**,<br>doing business as:<br>**GREENBRIDGE CAPITAL**,<br><br>　　　　　　　　　Defendant. | Case No: 1: 26-cv-02385-RA<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all Parties of Record:

PLEASE TAKE NOTICE that Charles M. Farrell, an attorney in good standing of the bar of this Court and a member of the law firm DENTONS US LLP, hereby appears as counsel for Defendant Greenbridge Funding, LLC, d/b/a Greenbridge Capital, in the above-captioned action, and requests that copies of papers served in this action be served on the undersigned.

Dated: April 15, 2026

By: /s/ *Charles M. Farrell*
　　　Charles M. Farrell (5767587)

DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 398-5826
charles.farrell@dentons.com

*Counsel for Defendant Greenbridge Funding, LLC*