**DENTONS**

**Charles M. Farrell**

charles.farrell@dentons.com
D    +1 (212) 398-5826

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

April 15, 2026

**VIA ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
April 16, 2026

Re:    *Moore v. Greenbridge Funding, LLC*, Case No. 1: 26-cv-02385-RA
       Letter Motion Requesting Extension of Defendant's Time to Respond to the Complaint

Dear Judge Abrams:

On behalf of Defendant Greenbridge Funding, LLC, *d/b/a* Greenbridge Capital ("Defendant"), we write to respectfully request an extension of time to answer or otherwise respond to Plaintiff's Complaint filed in this action.

The Complaint was served upon Defendant on March 27, 2026, making Defendant's current response deadline April 17, 2026. Defendant requires additional time to adequately investigate the allegations and prepare a responsive pleading. The parties have conferred, and Plaintiff consents to this request. This is the first request for an extension of time, and the requested extension will not affect any other dates on the Court's calendar.

Accordingly, Defendant respectfully requests that the deadline to answer or otherwise respond to the Complaint be extended to and including May 18, 2026.

Respectfully submitted,

/s/  *Charles M. Farrell*
Charles M. Farrell
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 398-5826
charles.farrell@dentons.com

Bety Javidzad (*pro hac vice forthcoming*)
Dentons US LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017
(213) 243-6115
bety.javidzad@dentons.com

Cc: All counsel (via ECF)

**DENTONS**

dentons.com

Mark Silver (*pro hac vice forthcoming*)
Dentons US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
(404) 527-4592
mark.silver@dentons.com

*Counsel for Defendant Greenbridge Funding, LLC*