**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

| | |
|---|---|
| **KEVIN MOORE**, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>**GREENBRIDGE FUNDING, LLC**,<br>doing business as:<br>**GREENBRIDGE CAPITAL,**<br><br>       Defendant. | No.  1:26-cv-02385-RA<br><br>Application granted.  The Clerk of Court is respectfully directed to close this case.<br><br>SO ORDERED.<br><br>_____<br>Hon. Ronnie Abrams<br>June 5, 2026 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kevin Moore hereby gives notice that his claims in this action against Defendant Greenbridge Funding LLC are hereby voluntarily dismissed with prejudice as to the individual claims and without prejudice as to the class claims, with each party to bear its own costs and attorneys' fees.

Dated: May 14, 2026       Respectfully submitted,

       By: */s/ Cassandra P. Miller*
       Cassandra P. Miller *(pro hac vice)*
       **STRAUSS BORRELLI PLLC**
       980 N Michigan Ave Ste 1610
       Chicago, IL 60611-7502
       Telephone: (872) 263-1100
       Facsimile: (872) 263-1109
       cmiller@straussborrelli.com

       *Counsel for Plaintiff and the Putative Class*

1

## CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on May 14, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 14th day of May, 2026.

Respectfully submitted,

By: */s/ Cassandra P. Miller*
Cassandra P. Miller *(pro hac vice)*
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave Ste 1610
Chicago, IL 60611-7502
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

*Counsel for Plaintiff and the Putative Class*

2